HARRY COHEN, Respondent, v. RUTH COHEN, Also Known as RAY COHEN, Also Known as RACHELLA COHEN, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals pursuant to section 588, subdivision 4, of the Civil Practice Act, granted [see ante, p. 765], and the following question certified: Is the defendant entitled to a new trial? Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

WILLIAM M. CONDON, Appellant, v. ASSOCIATED HOSPITAL SERVICE OF NEW YORK and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

THE FLORSHEIM SHOE STORE Co., INC., and Another, Respondents, v. RETAIL SHOE SALESMEN's UNION OF BROOKLYN AND QUEENS, LOCAL 287, etc., and Others, Appellants.— Motion for reargument and to continue the injunction herein denied, without costs. Motion for leave to appeal to the Court of Appeals granted [see ante, p. 769] and the following question certified: Does the complaint state facts sufficient to constitute a cause of action? Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

FRED FRIDEZKO, Respondent, v. SAN FABRICS, INC., Defendant, and SMITH & NEPHEW, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Appellant's motion for an extension of time to answer granted to the extent of permitting appellant to answer within five days from the entry of the order hereon. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

MATILDA FROGGOTT, Respondent, v. WILLIAM WELSH and Another, Appellants. — Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title to the Real Property Selected by the Commissioner of Parks of the City of New York for Public Park Purposes Located and Extending from Flushing Bay to Interborough Parkway-Grand Central Parkway and East and West of Grand Central Parkway Extension, etc. NICOLA CIGLIANO and Others, Appellants; THE CITY OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title to an Addition to Flushing Meadow Park Adjoining Flushing Meadow Park on the East, Borough of Queens, City of New York. FLUSHING TERMINAL REALTY CORPORATION and Others, Appellants; THE CITY OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.